No. 95–308. PALM BEACH COUNTY ET AL. *v.* WEST PENIN-
SULAR TITLE CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–316. GRENELL *v.* NEW JERSEY. C. A. 3d Cir. Cer-
tiorari denied.

No. 95–318. AURA SYSTEMS, INC., ET AL. *v.* FRANKSTON.
C. A. 9th Cir. Certiorari denied.

No. 95–320. REYNOLDS ET AL. *v.* WAGNER ET AL. C. A. 9th
Cir. Certiorari denied.

No. 95–327. SILVER ROSE ENTERTAINMENT, INC., ET AL. *v.*
CLAY COUNTY ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari
denied.

No. 95–330. CUNNINGHAM *v.* WHITTIER UNION HIGH SCHOOL
DISTRICT ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–333. JULIEN *v.* TEXAS ET AL. C. A. 5th Cir. Certio-
rari denied.

No. 95–336. PENNSYLVANIA TURNPIKE COMMISSION ET AL. *v.*
CHRISTY. C. A. 3d Cir. Certiorari denied.

No. 95–337. RICE *v.* ILLINOIS. Sup. Ct. Ill. Certiorari de-
nied.

No. 95–341. TRIGALET ET AL., AS PERSONAL REPRESENTA-
TIVES OF THE ESTATE OF TRIGALET *v.* WARRICK ET AL. C. A.
10th Cir. Certiorari denied.

No. 95–342. THOMPSON ET AL. *v.* CITY OF SAN JOSE. Ct. App.
Cal., 6th App. Dist. Certiorari denied.

No. 95–343. BULLIS *v.* FROEHLICH ET AL. Ct. App. Ariz.
Certiorari denied.

No. 95–344. BURR *v.* O'BOYNIK ET AL. Ct. App. Kan. Cer-
tiorari denied.

No. 95–417. VENCIUS ET UX. *v.* MORANIA OIL TANKER CORP.
App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.